HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. 09-CR-05204 BHS |
| vs. | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ENRIQUE GONZALEZ-GUTIERREZ, | |
| Defendant. | |

Upon stipulation of the parties to extend the deadline for indictment in this matter to allow further negotiations in this case and to give the parties a chance to conclude plea discussions, and upon the defendant's Waiver of Speedy Indictment, the Court finds that such an extension would serve the ends of justice, therefore

///

///

///

///

///

**Order Granting Stipulated Motion To
Extend Indictment Deadline**

**Glenn K. Carpenter, Jr., P.S.**
24730 36th Avenue S.
Kent, Washington 98032
Tel: (253) 839-8449

IT IS HEREBY ORDERED that the time to file an indictment in this matter be extended to May 31st, 2009. The period of delay resulting from this continuance is hereby excluded for speedy trial purposes under 18 U.S.C. 3161(h)(8)(A) and (B).

DONE this 31st day of March 2009.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

*/s/Glenn K. Carpenter, Jr.*
Glenn K Carpenter, Jr
Attorney for Defendant
Enrique González-Gutiérrez


*/s/Douglas Hill*
Douglas Hill
Assistant United States Attorney

Page 2
**Order Granting Stipulated Motion To**
**Extend Indictment Deadline**

**Glenn K. Carpenter, Jr., P.S.**
24730 36th Avenue S.
Kent, Washington 98032
Tel: (253) 839-8449