# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Washington__

United States of America
v.

Enrique Gonzalez-Gutierrez

)
)
)
)
)
)
)

Case No: CR09-5204BHS

USM No: 38657-086

Dennis Carroll
*Defendant's Attorney*

Date of Original Judgment: 08/24/09
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __144__ months **is reduced to** __121 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/24/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12/30/14__

_____
*Judge's signature*

Effective Date: __11/01/2015__
*(if different from order date)*

The Honorable Benjamin H. Settle, U.S. District Judge
*Printed name and title*